# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Massachusetts, et al.

**v.**

Environmental Protection Agency, et al.

**Case No:** 21-1061

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ◉ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Commonwealth of Massachusetts

### Counsel Information

**Lead Counsel:** Turner Smith

**Direct Phone:** ( 781 ) 234-5218  **Fax:** ( ____ ) _____  **Email:** Turner.Smith@mass.gov

**2nd Counsel:** Hannah Perls

**Direct Phone:** ( 617 ) 733-7894  **Fax:** ( ____ ) _____  **Email:** Hannah.Perls@mass.gov

**3rd Counsel:** Luca Greco

**Direct Phone:** ( 469 ) 585-2309  **Fax:** ( ____ ) _____  **Email:** Luca.Greco@mass.gov

**Firm Name:** Massachusetts Office of the Attorney General

**Firm Address:** One Ashburton Place, Boston, MA 02108

**Firm Phone:** ( 617 ) 727-2200  **Fax:** ( ____ ) _____  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)