# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

COMMONWEALTH OF
MASSACHUSETTS et al.,

    *Petitioners*,

    v.

U.S. ENVIRONMENTAL
PROTECTION AGENCY and
LEE ZELDIN, Administrator, U.S.
Environmental Protection Agency,

    *Respondents*.

Case No. 26-1061
(consolidated with Case No. 26-1037)

## NOTICE OF WITHDRAWAL OF COUNSEL

C. Joshua Lee, counsel for the State of Rhode Island, respectfully withdraws his appearance in the above-captioned matter.  The State of Rhode Island will continue to be represented by Assistant Attorney General Nicholas M. Vaz.

DATED: June 18, 2026

Respectfully submitted,

*/s/ C. Joshua Lee*
C. Joshua Lee
Rhode Island Office of the
Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400 (ext. 2040)
jlee@riag.ri.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2026, I electronically filed the foregoing document using the CM/ECF system.  Service was accomplished by the CM/ECF system.

*/s/ C. Joshua Lee*
C. Joshua Lee
Rhode Island Office of the
Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400 (ext. 2040)
jlee@riag.ri.gov