**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

AMERICAN PUBLIC HEALTH
ASSOCIATION, *et al.*

    *Petitioners,*

        v.

EPA, *et al.*

    *Respondents.*

No. 26-1037

## NOTICE OF WITHDRAWAL OF COUNSEL

The undersigned is departing his position at the Office of the Tennessee Attorney General and Reporter and hereby withdraws as counsel for the State of Tennessee in the above-captioned case. The State of Tennessee will continue to be represented by Zachary Clark, who has entered a notice of appearance.

Dated:    May 11, 2026

Respectfully submitted,

/s/ James Matthew Rice

JAMES MATTHEW RICE
*Solicitor General*
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, Tennessee 37202

(615) 532-6026
Matt.rice@ag.tn.gov

*Counsel for the State of Tennessee*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2026, I electronically filed the foregoing document with the Clerk of the Court for the U.S. Court of Appeals for the District of Columbia Circuit by using the Court's CM/ECF system, which will send notice of this filing to counsel of record and all registered participants.

/s/ James Matthew Rice

JAMES MATTHEW RICE
*Solicitor General*