# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Commonwealth of Massachusetts, et al.

**v.**

EPA, et al.

**Case No:** 26-1061

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ◉ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information

(List each represented party individually - Use an additional blank sheet as necessary)

Commonwealth of Massachusetts

### Counsel Information

Lead Counsel: Nathaniel Haviland-Markowitz

Direct Phone: ( 617 ) 963-2037 Fax: ( ___ ) ___-___ Email: nathaniel.haviland-markowitz@mass.go

2nd Counsel:

Direct Phone: ( ___ ) ___-___ Fax: ( ___ ) ___-___ Email:

3rd Counsel:

Direct Phone: ( ___ ) ___-___ Fax: ( ___ ) ___-___ Email:

Firm Name: Massachusetts Office of the Attorney General

Firm Address: One Ashburton Place, Boston, MA 02108

Firm Phone: ( 617 ) 727-2200 Fax: ( ___ ) ___-___ Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.