# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 26-1037** **September Term, 2026**

**EPA-91FR7686**

**Filed On: September 11, 2026**

American Public Health Association, et al.,

Petitioners

v.

Environmental Protection Agency and Lee M. Zeldin, Administrator, U.S. Environmental Protection Agency,

Respondents

------------------------------

American Free Enterprise Chamber of Commerce, et al.,

Intervenors

------------------------------

Consolidated with 26-1038, 26-1039, 26-1043, 26-1051, 26-1061, 26-1083, 26-1090

## O R D E R

Upon consideration of the corrected motion of Andrea Wulf for leave to file brief as amicus curiae in support of petitioners in No. 26-1038, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged amicus brief of Andrea Wulf.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Francis A. Walter
Deputy Clerk